Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE SMITH,<br><br>      Plaintiff,<br><br>v.<br><br>HYUNDAI CAPITAL AMERICA d/b/a KIA FINANCE AMERICA; BENCHMARK ASSET RESOLUTION, INC.; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.: 25-CV-10676-SSC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation this court hereby dismisses this action with prejudice.  Each party to bear its own fees and costs.


IT IS SO ORDERED


DATE: June 29, 2026          BY: _____

                                HON. STEPHANIE S. CHRISTENSEN
                                UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE