# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEANDRE SMITH,<br><br>                       Plaintiff,<br><br>           v.<br><br>HYUNDAI CAPITAL AMERICA<br>D/B/A KIA FINANCE AMERICA;<br>BENCHMARK ASSET<br>RESOLUTION, INC.; AND DOES<br>1 THROUGH 10, INCLUSIVE,<br><br>                     Defendants. | Case No. 2:25-cv-10676-SSC<br><br>JUDGMENT |

Pursuant to the Order of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and

2. The Clerk of Court is directed to close this case.

DATED: June 29, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE